

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Eric D. Witkin
212.497.8487 direct
212.583.9600 main
646.417.7546 fax
ewitkin@littler.com

April 27, 2020

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square Room 415
New York, NY 10007

    Re:    <u>*Jose Hernandez v. Dollar Tree Stores Inc.* (SDNY - No. 20 CV 897)</u>

Dear Judge Broderick:

    Our law firm represents Defendant Dollar Tree Stores Inc. ("Defendant") in the above-referenced action.  Pursuant to ¶¶ 1.A and G of your Honor's Individual Rules & Practices, we request that your Honor adjourn, from March 31, 2020 through and including May 27, 2020, the time in which Defendant may answer, move or otherwise respond to the Complaint.  Plaintiff's counsel has consented to this adjournment request.

    We make this request to allow us time (1) to investigate the Complaint's allegations before preparing a response and (2) to explore whether the case may be resolved without further litigation to avoid the waste of resources.  According to the Court's docket, the original date to respond to the Complaint was March 31, 2020.  This is Defendant's first request to adjourn that date.

    We thank Your Honor for considering this request.

                                   Respectfully,

                                   <u>*/s/ Eric D. Witkin*</u>
                                   Eric D. Witkin

EDW/jm

cc:    Donald J. Weiss, Esq., Attorney for Plaintiff (via ECF)