

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Eric D. Witkin
212.497.8487 direct
212.583.9600 main
646.417.7546 fax
ewitkin@littler.com

May 18, 2020

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   <u>Jose Hernandez v. Dollar Tree Stores Inc.</u> (SDNY - No. 20 CV 897)

Dear Judge Broderick:

Our law firm represents Defendant Dollar Tree Stores Inc. ("Defendant") in the above-referenced action.  We write with the consent of all parties to inform the Court that the parties have reached a settlement of the action subject to the implementation of a signed written settlement agreement.  The parties request an adjournment of all existing deadlines for 30 days pending the filing of a Stipulation of Dismissal with Prejudice after the settlement agreement has been implemented.

We thank Your Honor for considering this request.

Respectfully,

*/s/ Eric D. Witkin*
Eric D. Witkin

EDW/jm

cc:   Donald J. Weiss, Esq., Attorney for Plaintiff (via ECF)